# Morgan Lewis

**Melissa D. Hill**
Partner
+1.212.309.6318
melissa.hill@morganlewis.com

February 24, 2022

**VIA CM/ECF**

**JOINT LETTER TO THE COURT**

Hon. William G. Young
Hon. Edward F. Harrington
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

c/o Tracy McLaughlin,
tracy_mclaughlin@mad.uscourt.gov

Re:   Ford, et. al v. Takeda Pharmaceuticals U.S.A., Inc. et. al – Case No. 1:21-cv-10090-WGY
      Upcoming Court-Ordered Alternative Dispute Resolution Deadlines

Dear Judge Young:

The Parties in the above-referenced action jointly write to the Court to request that they be excused from (i) participating in the Alternative Dispute Resolution ("ADR") Hearing set for March 7, 2022, and (ii) submitting mediation memoranda by February 28, 2022.

On August 5, 2021, the Court ordered the Parties to participate in an ADR Conference. *See* ECF No. 38. The ADR hearing is scheduled to take place on March 7, 2022, at 10:00 a.m. before Judge Edward F. Harrington, and the Parties' respective mediation statements are due on February 28, 2022. *Id*.

In an effort to resolve this matter, the Parties participated in a private mediation with Margaret Levy, Esq. of ADR Services, Inc. on November 3, 2021. In connection with the private mediation, the Parties exchanged mediation statements and numerous documents in advance. Unfortunately, the mediation was not successful and the Parties were unable to resolve their dispute.

Since the private mediation on November 3, 2021, the Parties' respective positions regarding potential early resolution have not changed. As such, another mediation at this time would be premature and would not be an efficient use of the Parties' or the Court's resources.

The Parties thus respectfully request that the Court excuse them from participating in the ADR conference with Judge Harrington and vacate the ADR conference and mediation submission deadlines.

**Morgan, Lewis & Bockius LLP**

101 Park Avenue
New York, NY  10178-0060          T +1.212.309.6000
United States                      F +1.212.309.6001

Hon. William G. Young
February 24, 2022
Page 2

The Parties have conferred in good faith and agree to the relief requested herein.

Sincerely,

| | |
|---|---|
| SCHLICHTER BOGARD & DENTON LLP | MORGAN, LEWIS & BOCKIUS LLP |
| */s/ Troy Doles* | */s/ Melissa D. Hill* |
| Troy Doles | Melissa D. Hill |
| 100 South Fourth Street, Suite 1200 | 101 Park Avenue |
| St. Louis, MO  63102 | New York, NY  10178-0060 |
| Phone: (314) 621-6115 | Phone: (212) 309-6318 |
| Email: tdoles@uselaws.com | Email: melissa.hill@morganlewis.com |
| **COUNSEL FOR PLAINTIFFS** | **COUNSEL FOR DEFENDANTS** |