# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT FORD, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> TAKEDA PHARMACEUTICALS U.S.A., INC., et al., <br><br> *Defendants*. | No. 1:21-cv-10090-WGY |

## PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

Plaintiffs move that the Court certify this action as a class action under Federal Rule of Civil Procedure 23(b)(1). Plaintiffs move for certification of the following class:

> All participants and beneficiaries of the Takeda Pharmaceuticals U.S.A, Inc. Savings and Retirement Plan from January 19, 2015 through the date of judgment, excluding the Defendants.

Plaintiffs move that the Court appoint Named Plaintiffs Robert Ford and Phillip Schwartz as representatives of the Class. Plaintiffs further request that the Court appoint their attorneys—Schlichter Bogard & Denton LLP—as Class Counsel for the Class under Federal Rule of Civil Procedure 23(g). The facts and law supporting this Motion are set forth in the Memorandum in Support of Plaintiffs' Motion for Class Certification, filed herewith.

| | |
|---|---|
| June 30, 2022 | Respectfully submitted, |
| | /s/ Sean E. Soyars |
| | SCHLICHTER BOGARD & DENTON LLP |
| | Jerome J. Schlichter (admitted *pro hac vice*) |
| | Troy A. Doles (admitted *pro hac vice*) |
| | Heather Lea (admitted *pro hac vice*) |
| | Sean E. Soyars (admitted *pro hac vice*) |
| | 100 South Fourth Street, Suite 1200 |
| | St. Louis, MO, 63102 |
| | (314) 621-6115, (314) 621-5934 (fax) |
| | jschlichter@uselaws.com |
| | tdoles@uselaws.com |
| | hlea@uselaws.com |
| | ssoyars@uselaws.com |
| | *Lead Counsel for Plaintiffs* |
| | Robert T. Naumes, BBO # 367660 |
| | Christopher Naumes, BBO # 671701 |
| | NAUMES LAW GROUP |
| | 2 Granite Ave, #425 |
| | Milton, Massachusetts 02186 |
| | 617-227-8444 |
| | 617-696-2437 (fax) |
| | robert@naumeslaw.com |
| | christopher@naumeslaw.com |
| | *Local Counsel for Plaintiffs* |

## LOCAL RULE 7.1 CERTIFICATION

Plaintiffs' counsel conferred with Defendants' counsel related to the issues raised in this motion. Defendants stated that they oppose Plaintiffs' Motion for Class Certification.

/s/ Sean E. Soyars

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on June 30, 2022.

/s/ Sean E. Soyars