UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT FORD, et al.,<br><br>             Plaintiffs,<br><br>v.<br><br>TAKEDA PHARMACEUTICALS U.S.A., INC., et al.,<br><br>             Defendants. | No. 1:21-cv-10090-WGY |

**PLAINTIFFS' MOTION FOR ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES, AND CASE CONTRIBUTIONS AWARDS FOR NAMED PLAINTIFFS**

Pursuant to Rules 23(h) and 54(d)(2), Plaintiffs move that the Court approve a fee award of $7,333,333.33 and a cost award of $62,158.69 to Class Counsel, Schlichter Bogard & Denton, LLP, as well as case contribution awards of $15,000 each to Named Plaintiffs and Class Representatives Robert Ford and Phillip Schwartz.

As detailed in Plaintiffs' memorandum in support of this motion, in pursuing this case, Class Counsel bore tremendous risk, which ultimately benefitted the Class. In the face of this risk, Class Counsel, leveraging its hard-earned reputation as the foremost attorneys in 401(k) excessive fee litigation, achieved an exceptional result for the Class by efficiently obtaining a substantial monetary fund and substantial affirmative relief that will greatly benefit the Class for years to come. The requested percentage of the settlement fund is comparable to attorney's fees awards in similar cases. Accordingly, based on all the relevant factors, and for the reasons stated in Plaintiffs' memorandum, the Court should grant this motion in all respects.

| | |
|---|---|
| Dated: January 20, 2023 | /s/ Jerome J. Schlichter<br>SCHLICHTER BOGARD & DENTON LLP<br>Jerome J. Schlichter (admitted *pro hac vice*)<br>Troy A. Doles (admitted *pro hac vice*)<br>Heather Lea (admitted *pro hac vice*)<br>100 South Fourth Street, Suite 1200<br>St. Louis, MO, 63102<br>(314) 621-6115<br>(314) 621-5934 (fax)<br>jschlichter@uselaws.com<br>tdoles@uselaws.com<br>hlea@uselaws.com<br>*Lead Counsel for Plaintiffs*<br><br>Robert T. Naumes, BBO # 367660<br>Christopher Naumes, BBO # 671701<br>NAUMES LAW GROUP<br>2 Granite Ave, #425<br>Milton, Massachusetts 02186<br>617-227-8444<br>617-696-2437 (fax)<br>robert@naumeslaw.com<br>christopher@naumeslaw.com<br><br>*Local Counsel for Plaintiffs* |

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on January 20, 2023.

/s/ Jerome J. Schlichter