UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT FORD, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>TAKEDA PHARMACEUTICALS U.S.A., INC., et al.,<br><br>    Defendants. | No. 1:21-cv-10090-WGY |

## PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS SETTLEMENT

Plaintiffs move under Federal Rule of Civil Procedure 23(e) for final approval of the class action settlement and for the Court to enter the proposed Final Order and Judgment. Defendants do not oppose the grant of final approval.

This motion is supported by Plaintiffs' Memorandum in Support of Motion for Preliminary Approval of Class Settlement (Doc. 96), Plaintiffs' Memorandum in Support of Motion for Certification of Settlement Class (Doc. 99), Plaintiffs' Memorandum in Support of Motion for Attorneys' Fees, Reimbursement of Expenses, and Case Contribution Awards for Named Plaintiffs (Doc. 112), the Declaration of Mr. Sanford J. Rosen (Doc. 109), the Declaration of James C. Sturdevant (Doc. 110), the Statement of Gallagher Fiduciary Advisors, LLC, serving as the Independent Fiduciary, approving of the Settlement, including attorneys' fees and expenses, the Declaration of Analytics Consulting LLC, this Court's Orders certifying a Settlement Class (Doc. 101), preliminarily approving this Settlement (Doc. 102), and setting the final fairness hearing (Doc. 103), as well as Plaintiffs' accompanying memorandum in support of this motion.

| | |
|---|---|
| March 9, 2023 | /s/ Jerome J. Schlichter |
| | SCHLICHTER BOGARD & DENTON LLP |
| | Jerome J. Schlichter (admitted *pro hac vice*) |
| | Troy A. Doles (admitted *pro hac vice*) |
| | Heather Lea (admitted *pro hac vice*) |
| | 100 South Fourth Street, Suite 1200 |
| | St. Louis, MO, 63102 |
| | (314) 621-6115 |
| | (314) 621-5934 (fax) |
| | jschlichter@uselaws.com |
| | tdoles@uselaws.com |
| | hlea@uselaws.com |
| | *Lead Counsel for Plaintiffs* |
| | |
| | Robert T. Naumes, BBO # 367660 |
| | Christopher Naumes, BBO # 671701 |
| | NAUMES LAW GROUP |
| | 2 Granite Ave, #425 |
| | Milton, Massachusetts 02186 |
| | 617-227-8444 |
| | 617-696-2437 (fax) |
| | robert@naumeslaw.com |
| | christopher@naumeslaw.com |
| | |
| | *Local Counsel for Plaintiffs* |

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on March 9, 2023.

/s/ Jerome J. Schlichter